19173.00275-HBM

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq. - ☎973-618-4118
Attorney I.D. No. 021971981
✉ hbmankoff@mdwcg.com
Pauline F. Tutelo, Esq. - ☎973-618-4146
Attorney I.D. No. 025961996
✉ pftutelo@mdwcg.com
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
📠973-618-0685
ATTORNEYS FOR DEFENDANT - South Orange Maplewood School District

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK**
**ELECTRONICALLY FILED**

| | |
|---|---|
| BLACK PARENTS WORKSHOP, a New Jersey Not for Profit Corporation, Parent S.F. on behalf of A.F., a minor; Parent D.I. on behalf of J.I., a minor; Parents of E.M. and J.M. on behalf of M.M., a minor; Parent R.J. on behalf of S.J., a minor; Parent B.J. on behalf of A.J., a minor | CASE NO.: 2:18-CV-02726-JMV-JBC<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |
| Plaintiffs | |
| v. | |
| THE SOUTH ORANGE MAPLEWOOD SCHOOL DISTRICT, JOHN and JANE DOES 1-20 | |
| Defendants | |

I hereby certify that a copy of the within Answer on behalf of defendant, South Orange Maplewood School District has been served upon the following as follows:

**\*\* ELECTRONICALLY FILED \*\***

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101


**\*\* VIA ELECTRONIC FILING \*\***

All Counsel of Record


MARSHALL DENNEHEY WARNER COLEMAN
& GOGGIN
Counsel for Defendant
South Orange Maplewood School
 District

        */s/ Howard B. Mankoff*
BY:_____
        HOWARD B. MANKOFF, ESQ.

Dated: May 24, 2018