LAW OFFICES OF ROBERT L. TARVER, JR.
66 South Main Street
Toms River, New Jersey 08757
Tel: (732) 341-2152
Fax:(732) 341-2153
Robert L. Tarver, Jr., Esq.
Attorney for Plaintiffs
RT (0472)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BLACK PARENTS WORKSHOP, a New Jersey Not for Profit Corporation, Parent S.F. on behalf of A.F., a minor; Parent D.I. on behalf of J.I., a minor; Parents E.M. and J.M. on behalf of M.M., a minor; Parent R.J. on behalf of S.J., a minor; Parent B.J. on behalf of A.J., a minor. | : : : : | Civil Action No.2:18-cv-02726 JMV-JBC *Civil Action* |
| Plaintiffs, | : | |
| v. | | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| THE SOUTH ORANGE MAPLEWOOD SCHOOL DISTRICT, JOHN AND JANE DOES 1-20 | : | |
| Defendants. | : | |

The parties hereto, through their respective counsel, hereby stipulate and agree that the within matter is hereby dismissed with prejudice without costs to either party conditioned upon the entry of an Order of this Court retaining jurisdiction to enforce the settlement between the parties.

Dated: __7/29/20_____                    __/s/Robert L. Tarver, Jr._____
                                                **ROBERT L. TARVER, JR, ESQ.**
                                                 Counsel for Plaintiffs

Dated: __7/29/20_____                      _/s/ Howard Mankoff,_____
                                                **HOWARD MANKOFF, ESQ.**

                                                 _/s/David B. Rubin_____
                                                **DAVID B. RUBIN, ESQ.**
                                                 Co-Counsel for Defendants

1

**SO ORDERED:**

_____
John Michael Vazquez, U.S.D.J.

Date: 7/29/2020